**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on September 28, 2012**

_Raymond B Ray_
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 07−15650−RBR

Chapter: 7

**In re:** _(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)_

Arizen Homes, Inc.
2700 W Cypress Creek Rd #B−111
Fort Lauderdale, FL 33309

EIN: 65−1045513

## FINAL DECREE

The trustee, Soneet Kapila, having filed a final report that the estate has been fully administered, is discharged and the case is closed.